MARCH 20, 1962

**Reap. Dec. 10210.**—Trans-World Shipping Corp. *v.* United States, reappraisement R58/5887, etc. Reappraisements abandoned February 7, 1962. Entered at New York, N.Y. (Not published.) (Initial No. R61/5144.) Motion by plaintiff.

MARCH 21, 1962

**Reap. Dec. 10211.**—International Packers, Limited *v.* United States, reappraisement R60/20817. Reappraisement dismissed January 24, 1962. Entered at Los Angeles, Calif. (Not published.) Motion by plaintiff.

MARCH 19, 1962

**Reap. Dec. 10212.**—On January 17, 1962 (Reap. Dec. 10143), plaintiff's rehearing motion was granted in Standard Oil Co. of California *v.* United States, reported as reappraisement R58/26635. Entered at Los Angeles, Calif. (Not published.)

Motion having been made by the attorneys for the plaintiff and there being no objection by the Government, it is

HEREBY ORDERED AND DECREED that court No. R59/1879 be substituted in place of R58/26635.